USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2024

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADELINE PATTISON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TELADOC HEALTH, INC.,<br><br>Defendant. | Case No. 7:23-cv-11305-NSR<br><br>**Judge Nelson Stephen Roman** |
| MYSCHELLE TAYLOR and MUHAMMAD UDDIN,<br><br>Plaintiffs,<br><br>v.<br><br>TELADOC HEALTH, INC.,<br><br>Defendant. | Case No. 7:24-cv-00664-NSR<br><br>**Judge Nelson Stephen Roman** |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE**

This matter, having come before the Court on the April 15, 2024 Pre-Motion of Plaintiffs Adeline Pattison, Dominique Durso, Jean Charter, Liane Tuomala, Michelle Grenon, Teresa Hale, Zeshaan Ahmed, Myschelle Taylor and Muhammad Uddin (collectively, "Plaintiffs") seeking leave to file a Motion to Consolidate Cases ("Pre-Motion Letter") *Pattison, et al. v. Teladoc Health, Inc.*, Case No. 7:23-cv-11305-NSR ("*Pattison* Action") with the related case *Taylor, et al. v. Teladoc Health, Inc.*, Case No. 7:24-cv-00664-NSR ("*Taylor* Action"). In consideration of the

Pre-Motion Letter, having been advised the Defendant in both the *Pattison* and *Taylor* Actions takes no position on the request, and for good cause shown:

The Court waives the pre-motion conference requirement pursuant to Federal Rule of Civil Procedure 23, and **GRANTS** Plaintiffs' request to consolidate;

It is hereby **ORDERED** that the *Taylor* Action be consolidated into the *Pattison* Action for all purposes, including pre-trial proceedings and trial;

It is also **ORDERED** that Almeida Law Group LLC and Cafferty Clobes Meriwether & Sprengel LLP shall serve as the as Interim Co-Lead Counsel;

It is further **ORDERED** that any current deadlines in the *Pattison* Action and the *Taylor* Action are hereby suspended pending the filing of the Consolidated Complaint; and

Plaintiffs shall file a Consolidated Complaint by July 1, 2024.

Dated: May 22, 2024

_____
Hon. Nelson Stephen Román
United States District Court Judge