**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

ADELINE PATTISON, DOMINIQUE DURSO, JEAN CHARTER, LIANE TUOMALA, MICHELLE GRENON, TERESA HALE, ZESHAAN AHMED, and MYSCHELLE TAYLOR, *individually on behalf of themselves and all others similarly situated*,

Plaintiffs,

v.

TELADOC HEALTH, INC.,

Defendant.

Case No. 7:23-cv-11305

Judge Román

**JURY TRIAL DEMANDED**

**ANSWER TO CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**

Defendant Teladoc Health, Inc. ("Teladoc" or "Defendant"), by and through its undersigned counsel, and in accordance with Rule 8 of the Federal Rules of Civil Procedure and other applicable rules and laws, hereby submits the following Answer and Affirmative Defenses to the Consolidated Amended Class Action Complaint ("Amended Complaint"), filed by Plaintiffs Adeline Pattison, Dominique Durso, Jean Charter, Liane Tuomala, Michelle Grenon, Teresa Hale, Zeshaan Ahmed, and Myschelle Taylor (collectively, "Plaintiffs") individually on behalf of themselves and all others similarly situated. Unless expressly admitted herein, Teladoc denies the allegations in the Amended Complaint (including all headings and subheadings as necessary for fullness and completeness to remove doubt), denies that it is liable to Plaintiffs or anyone else, and expressly denies that Plaintiffs' claims are or could be amenable to class treatment. Teladoc further files this answer without forfeiture or waiver of any cause of action or defense that it or anyone else may assert against third parties.

**ALLEGATIONS UNDER "INTRODUCTION"**

1. Paragraph 1 and its footnote do not contain factual allegations to which an answer is required. To the extent they are construed to contain factual allegations that require a response, Teladoc affirmatively states it has never affirmatively shared highly sensitive personally-identifiable-information ("PII") and protected health information ("PHI", which Plaintiffs collectively define as "Private Information") of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations.

2. Paragraph 2 does not contain factual allegations to which an answer is required. To the extent it is construed to contain factual allegations that require a response, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

3. Paragraph 3 and its footnote do not contain factual allegations to which an answer is required. To the extent they are construed to contain factual allegations that require a response, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

4. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speak for themselves. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnotes.

5. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speak for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnotes purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

6. Teladoc denies the allegations in Paragraph 6.

7. Teladoc denies the allegations in Paragraph 7, including footnote 7.

8. Paragraph 8 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations.

9. Paragraph 9 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

10. To the extent the allegations are directed to Teladoc, Teladoc denies the allegations in Paragraph 10.

11. Paragraph 11 and its footnotes do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that

require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnotes purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnotes.

12. Paragraph 12 and its footnotes do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnotes purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnotes.

13. Teladoc denies the allegations in Paragraph 13.

14. Paragraph 14 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations.

15. Paragraph 15 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege

otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

16. Teladoc denies the allegations in Paragraph 16.

17. Teladoc denies the allegations in Paragraph 17.

18. Paragraph 18 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

19. Teladoc denies the allegations in Paragraph 19.

20. Teladoc denies the allegations in Paragraph 20, including footnote 13.

21. Teladoc denies the allegations in Paragraph 21.

22. Paragraph 22 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations.

23. Paragraph 23 and its footnotes do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnotes purport to allege otherwise, Teladoc denies those allegations.

24. Paragraph 24 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations.

25. Paragraph 25 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations.

26. Paragraph 26 does not contain factual allegations to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations.

27. Teladoc denies the allegations in Paragraph 27.

28. Teladoc denies the allegations in Paragraph 28.

29. Teladoc denies the allegations in Paragraph 29 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

30. Teladoc denies the allegations in Paragraph 30, including footnote 17.

31. Teladoc denies the allegations in Paragraph 31, including footnote 18.

32. Teladoc denies the allegations in Paragraph 32.

33. Paragraph 33 states legal conclusions to which no response is required. To the extent this paragraph contains factual allegations to which a response is required, Teladoc denies the allegations in Paragraph 33.

34. Teladoc denies the allegations in Paragraph 34, including footnote 19.

35. Paragraph 35 states legal conclusions to which no response is required. To the extent this paragraph contains factual allegations to which a response is required, Teladoc denies the allegations in Paragraph 35, and expressly denies Plaintiffs' claims are or could be amenable to class treatment. Teladoc also denies that Plaintiffs are entitled to any relief whatsoever.

36. Paragraph 36 states legal conclusions to which no response is required. To the extent this paragraph contains factual allegations to which a response is required, Teladoc denies the allegations in Paragraph 36, and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

**ALLEGATIONS UNDER "PARTIES"**

37. Teladoc lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 37 about this Plaintiff personally and, on that basis, denies the allegations. In doing so, Teladoc denies any wrongdoing as to this Plaintiff and all remaining allegations in Paragraph 37.

38. Teladoc lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 38 about this Plaintiff personally and, on that basis, denies the allegations. In doing so, Teladoc denies any wrongdoing as to this Plaintiff and all remaining allegations in Paragraph 38.

39. Teladoc lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 39 about this Plaintiff personally and, on that basis, denies the allegations. In doing

so, Teladoc denies any wrongdoing as to this Plaintiff and all remaining allegations in Paragraph 39.

40. Teladoc lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 40 about this Plaintiff personally and, on that basis, denies the allegations. In doing so, Teladoc denies any wrongdoing as to this Plaintiff and all remaining allegations in Paragraph 40.

41. Teladoc lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 41 about this Plaintiff personally and, on that basis, denies the allegations. In doing so, Teladoc denies any wrongdoing as to this Plaintiff and all remaining allegations in Paragraph 41.

42. Teladoc lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 42 about this Plaintiff personally and, on that basis, denies the allegations. In doing so, Teladoc denies any wrongdoing as to this Plaintiff and all remaining allegations in Paragraph 42.

43. Teladoc lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 43 about this Plaintiff personally and, on that basis, denies the allegations. In doing so, Teladoc denies any wrongdoing as to this Plaintiff and all remaining allegations in Paragraph 43.

44. Teladoc lacks sufficient information to form a belief as to the truth of the allegations in Paragraph 44 about this Plaintiff personally and, on that basis, denies the allegations. In doing so, Teladoc denies any wrongdoing as to this Plaintiff and all remaining allegations in Paragraph 44.

45. Teladoc admits that it is a Delaware corporation, is headquartered in New York, and

is publicly traded with the symbol TDOC on the New York Stock Exchange. Teladoc denies the remaining allegations in Paragraph 45.

**ALLEGATIONS UNDER "JURISDICTION & VENUE"**

46. Paragraph 46 states legal conclusions to which no response is required. To the extent Paragraph 46 contains factual allegations to which a response is required, Teladoc admits Plaintiffs allege grounds for federal jurisdiction, but denies Plaintiffs' allegations have any merit whatsoever, expressly denies wrongdoing, and expressly denies that Plaintiffs' claims are amenable to class treatment. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

47. Paragraph 47 states legal conclusions to which no response is required. To the extent Paragraph 47 contains factual allegations to which a response is required, Teladoc admits Plaintiffs allege grounds for federal jurisdiction, but denies Plaintiffs' allegations have any merit whatsoever, expressly denies wrongdoing, and expressly denies that Plaintiffs' claims are amenable to class treatment. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

48. Paragraph 48 states legal conclusions to which no response is required. To the extent Paragraph 48 contains factual allegations to which a response is required, Teladoc admits its principal place of business is located in New York, but denies Plaintiffs' allegations have any merit whatsoever, expressly denies wrongdoing, and expressly denies that Plaintiffs' claims are amenable to class treatment. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

49. Paragraph 49 states legal conclusions to which no response is required. To the extent Paragraph 49 contains factual allegations to which a response is required, Teladoc admits

its principal place of business is located in New York, but denies Plaintiffs' allegations have any merit whatsoever, expressly denies wrongdoing, and expressly denies that Plaintiffs' claims are amenable to class treatment. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

**ALLEGATIONS UNDER "COMMON FACTUAL ALLEGATIONS"**

50. Paragraph 50 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations.

51. Paragraph 51 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations.

52. Paragraph 52 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations.

53. Paragraph 53 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never

affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations.

54. Paragraph 54 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations.

55. Paragraph 55 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations.

56. Paragraph 56 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations.

57. Paragraph 57 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations.

58. Paragraph 58 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations.

59. Paragraph 59 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations.

60. Paragraph 60 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations.

61. Teladoc denies the allegations in Paragraph 61.

62. Paragraph 62 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations.

63. Teladoc denies the allegations in Paragraph 63.

64. Paragraph 64 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

65. Paragraph 65 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

66. Teladoc denies the allegations in Paragraph 66.

67. Teladoc denies the allegations in Paragraph 67.

68. Teladoc denies the allegations in Paragraph 68 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

69. Paragraph 69 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations.

70. Teladoc denies the allegations in Paragraph 70, including footnote 31, and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

71. Paragraph 71 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

72. Paragraph 72 and its footnotes do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnotes purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnotes.

73. Paragraph 73 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

74. Teladoc denies the allegations in Paragraph 74 and expressly denies Plaintiffs'

claims are or could be amenable to class treatment.

75. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speak for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its subparagraphs purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in Paragraph 75, including denying subparagraphs a, b, c, d, e, f, and g.

76. Teladoc denies the allegations in Paragraph 76.

77. Paragraph 77 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

78. Paragraph 78 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

79. Paragraph 79, and its subparagraphs a, b, and c, do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states

it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its subparagraphs purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph, including denying subparagraphs a, b, and c.

80. Teladoc denies the allegations in Paragraph 80.

81. Paragraph 81 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

82. Paragraph 82 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

83. Teladoc denies the allegations in Paragraph 83.

84. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speak for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those

allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

85. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speak for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

86. Teladoc denies the allegations in Paragraph 86.

87. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speak for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

88. Teladoc denies the allegations in Paragraph 88.

89. Paragraph 89 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

90. Teladoc denies the allegations in Paragraph 90.

91. Teladoc denies the allegations in Paragraph 91 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

92. Teladoc denies the allegations in Paragraph 92, including footnote 36.

93. Teladoc denies the allegations in Paragraph 93.

94. Teladoc denies the allegations in Paragraph 94, including footnote 37.

95. Teladoc denies the allegations in Paragraph 95.

96. Teladoc denies the allegations in Paragraph 96.

97. Teladoc denies the allegations in Paragraph 97, including footnote 38.

98. Teladoc denies the allegations in Paragraph 98.

99. Teladoc denies the allegations in Paragraph 99.

100. Teladoc denies the allegations in Paragraph 100.

101. Teladoc denies the allegations in Paragraph 101.

102. Paragraph 102 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

103. Teladoc denies the allegations in Paragraph 103.

104. Paragraph 104 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared

Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

105. Paragraph 105 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

106. Teladoc denies the allegations in Paragraph 106, including footnote 41.

107. Paragraph 107 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

108. Paragraph 108 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege

otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

109. Teladoc denies the allegations in Paragraph 109, including footnote 43, and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

110. Paragraph 110 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

111. Paragraph 111 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

112. Paragraph 112 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

113. Teladoc denies the allegations in Paragraph 113 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

114. Teladoc denies the allegations in Paragraph 114, including footnote 45.

115. Teladoc denies the allegations in Paragraph 115 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

116. Teladoc denies the allegations in Paragraph 116 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

117. Teladoc denies the allegations in Paragraph 117 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

118. Teladoc denies the allegations in Paragraph 118.

119. Teladoc denies the allegations in Paragraph 119.

120. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speak for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

121. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speak for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

122. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speak for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, all allegations remaining against Teladoc are denied, and Teladoc expressly denies Plaintiffs' claims are or could be amenable to class treatment.

123. Teladoc denies the allegations in Paragraph 123 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

124. Paragraph 124 states legal conclusions based on recitations of authorities to which no response is required. To the extent a response is required, Teladoc expressly denies having violated any law and affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

125. Paragraph 125 states legal conclusions to which no response is required. To the extent a response is required, Teladoc expressly denies having violated any law and affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

126. Paragraph 126 states legal conclusions to which no response is required. To the extent a response is required, Teladoc expressly denies having violated any law and affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the

extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

127. Paragraph 127 states legal conclusions to which no response is required. To the extent a response is required, Teladoc expressly denies having violated any law and affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

128. Paragraph 128 states legal conclusions to which no response is required. To the extent a response is required, Teladoc expressly denies having violated any law and affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

129. Paragraph 129 states legal conclusions to which no response is required. To the extent a response is required, Teladoc expressly denies having violated any law and affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

130. Paragraph 130 states legal conclusions to which no response is required. To the extent a response is required, Teladoc expressly denies having violated any law and affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

131. Paragraph 131 states legal conclusions to which no response is required. To the extent a response is required, Teladoc expressly denies having violated any law and affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

132. Paragraph 132 states legal conclusions to which no response is required. To the extent a response is required, Teladoc expressly denies having violated any law and affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

133. Teladoc denies the allegations in Paragraph 133.

134. Teladoc denies the allegations in Paragraph 134.

135. Teladoc denies the allegations in Paragraph 135, and subparagraphs a, b, c, d, e, and f.

136. Paragraph 136 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

137. Teladoc denies the allegations in Paragraph 137 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

138. Paragraph 138 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

139. Paragraph 139 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 139 and its footnote. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations.

140. Paragraph 140 state legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 140 and its footnotes. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnotes purport to allege otherwise, Teladoc denies those allegations.

141. Teladoc denies the allegations in Paragraph 141.

142. Paragraph 142 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege

otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

143. Paragraph 143 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

144. Paragraph 144 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

145. Paragraph 145 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnotes purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

146. Paragraph 146 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never

affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

147. Teladoc denies the allegations in Paragraph 147.

148. Paragraph 148 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

149. Paragraph 149 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

150. Teladoc denies the allegations in Paragraph 150.

151. Paragraph 151 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege

otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph, and Teladoc expressly denies Plaintiffs' claims are or could be amenable to class treatment.

152. Answering Paragraph 152, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph, and Teladoc expressly denies Plaintiffs' claims are or could be amenable to class treatment.

153. Paragraph 153 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

154. Paragraph 154 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

155. Paragraph 155 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a

response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph, and Teladoc expressly denies Plaintiffs' claims are or could be amenable to class treatment.

156. Paragraph 156 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 156 and its footnote. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations.

157. Paragraph 157 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 157. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations.

158. Paragraph 158 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 158 and its footnote. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations.

159. Paragraph 159 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 159 and its footnote. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or

anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations.

160. Teladoc denies the allegations in Paragraph 160 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

161. Teladoc denies the allegations in Paragraph 161.

162. Paragraph 162 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

163. Paragraph 163 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

164. Paragraph 164 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 164. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations.

165. Paragraph 165 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 165. Teladoc

affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations.

166. Teladoc denies the allegations in Paragraph 166 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

167. Teladoc denies the allegations in Paragraph 167.

168. Teladoc denies the allegations in Paragraph 168.

169. Teladoc denies the allegations in Paragraph 169.

170. Paragraph 170 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

171. Paragraph 171 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

172. Teladoc denies the allegations in Paragraph 172, including footnote 66.

173. Teladoc denies the allegations in Paragraph 173, including footnote 67.

174. Teladoc denies the allegations in Paragraph 174 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

175. Teladoc denies the allegations in Paragraph 175.

176. Paragraph 176 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

177. Paragraph 177 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

178. Paragraph 178 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the

extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

179. Paragraph 179 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 179. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. Teladoc denies that Plaintiffs are entitled to any relief whatsoever and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

180. Teladoc denies the allegations in Paragraph 180.

181. Teladoc denies the allegations in Paragraph 181.

182. Teladoc denies the allegations in Paragraph 182 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

183. Paragraph 183 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

184. Teladoc denies the allegations in Paragraph 184.

185. Teladoc denies the allegations in Paragraph 185, including footnote 71.

186. Paragraph 186 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never

affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

187. Paragraph 187 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

188. Paragraph 188 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

189. Paragraph 189 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport

to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

190. Paragraph 190 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

191. Paragraph 191 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent a response is required, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. Teladoc denies that Plaintiffs are entitled to any relief whatsoever and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

192. Paragraph 192 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

193. Paragraph 193 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied Teladoc affirmatively states it has never affirmatively shared

Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

194. Paragraph 194 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, the allegations are denied. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

195. Paragraph 195 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

196. Paragraph 196 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

197. Paragraph 197 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that

require a response, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

198. Paragraph 198 and its footnote do not contain factual allegations directed to Teladoc to which an answer is required. To the extent they are construed to contain factual allegations that require a response, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph and its footnote purport to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph and its footnote.

199. Paragraph 199 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

200. Paragraph 200 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

201. Paragraph 201 does not contain factual allegations directed to Teladoc to which an answer is required. To the extent it is construed to contain factual allegations that require a response, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

202. Teladoc denies the allegations in Paragraph 202 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

203. Teladoc denies the allegations in Paragraph 203 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

204. Teladoc denies the allegations in Paragraph 204.

**ALLEGATIONS UNDER "REPRESENTATIVE PLAINTIFFS' EXPERIENCES"**

205. Answering Paragraph 205, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

206. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent Paragraph 206 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

207. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent Paragraph 207 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

208. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent Paragraph 208 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

209. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent Paragraph 209 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

210. Answering Paragraph 210, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

211. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 211 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

212. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 212 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

213. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 213 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

214. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in paragraph 214 and therefore denies them. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

215. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent Paragraph 215 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

216. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or

anyone else, and to the extent Paragraph 216 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

217. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent Paragraph 217 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

218. Answering Paragraph 218, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

219. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 219 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

220. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 220 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

221. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 221 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

222. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 222 and therefore denies them. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

223. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent Paragraph 223 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

224. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent Paragraph 224 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

225. Answering Paragraph 225, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

226. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 226 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

227. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 227 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

228. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 228 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

229. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 229 and therefore denies them. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

230. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent Paragraph 230 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

231. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or

anyone else, and to the extent Paragraph 231 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

232. Answering Paragraph 232, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

233. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 233 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

234. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 234 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

235. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 235 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

236. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 236 and therefore denies them. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

237. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves.

Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent Paragraph 237 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

238. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent Paragraph 238 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

239. Answering Paragraph 239, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

240. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 240 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

241. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 241 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

242. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 242 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

243. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 243 and therefore denies them. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

244. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent Paragraph 244 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

245. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent Paragraph 245 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

246. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent Paragraph 246 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

247. Answering Paragraph 247, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

248. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 248 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

249. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 249 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

250. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 250 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

251. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 251 and therefore denies them. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

252. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent Paragraph 252 purports to allege otherwise, Teladoc denies those

allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

253. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent Paragraph 253 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

254. Answering Paragraph 254, Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

255. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 255 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

256. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 256 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

257. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in paragraph 257 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

258. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 258 and therefore denies them. Teladoc affirmatively states it has never

affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

259. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent Paragraph 259 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

260. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent Paragraph 260 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

261. Teladoc admits that it is a technology company that offers telehealth services through various web-based applications and websites, the content of which speaks for themselves. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent Paragraph 261 purports to allege otherwise, Teladoc denies those allegations. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

262. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 262 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

263. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 263 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

264. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 264 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

265. Teladoc lacks sufficient information to form a belief as to the truth of the allegations as to Plaintiff in Paragraph 265 and therefore denies them. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

266. Teladoc denies the allegations in Paragraph 266.

267. Teladoc denies the allegations in Paragraph 267.

268. Teladoc denies the allegations in Paragraph 268.

## ALLEGATIONS UNDER "TOLLING"

269. Paragraph 269 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies Plaintiffs' allegations have any merit whatsoever, expressly denies wrongdoing, and expressly denies that Plaintiffs' claims are amenable to class treatment. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

270. Paragraph 270 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies Plaintiffs' allegations have any merit whatsoever,

expressly denies wrongdoing, and expressly denies that Plaintiffs' claims are amenable to class treatment. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

271. Paragraph 271 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies Plaintiffs' allegations have any merit whatsoever, expressly denies wrongdoing, and expressly denies that Plaintiffs' claims are amenable to class treatment. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

272. Paragraph 272 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies Plaintiffs' allegations have any merit whatsoever, expressly denies wrongdoing, and expressly denies that Plaintiffs' claims are amenable to class treatment. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

**ALLEGATIONS UNDER "CLASS ACTION ALLEGATIONS"**

273. Teladoc denies Plaintiffs' allegations have any merit whatsoever, expressly denies wrongdoing, and expressly denies that Plaintiffs' claims are amenable to class treatment. To the extent necessary, Teladoc denies any and all remaining allegations in this paragraph.

274. Paragraph 274 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 274. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. Teladoc expressly denies that Plaintiffs' claims are amenable to class treatment.

275. Paragraph 275 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 275. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. Teladoc expressly denies that Plaintiffs' claims are amenable to class treatment.

276. Paragraph 276 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 276. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. Teladoc expressly denies that Plaintiffs' claims are amenable to class treatment.

277. Paragraph 277 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 277. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. Teladoc expressly denies that Plaintiffs' claims are amenable to class treatment.

278. Paragraph 278 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 278. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. Teladoc expressly denies that Plaintiffs' claims are amenable to class treatment.

279. Paragraph 279 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 279. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone

else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. Teladoc expressly denies that Plaintiffs' claims are amenable to class treatment.

280. Paragraph 280 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 280. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. Teladoc expressly denies that Plaintiffs' claims are amenable to class treatment.

281. Paragraph 281 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 281. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. Teladoc expressly denies that Plaintiffs' claims are amenable to class treatment.

282. Paragraph 282 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 282. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. Teladoc expressly denies that Plaintiffs' claims are amenable to class treatment.

283. Paragraph 283 and its subparagraphs a, b, c, d, e, f, g, h, i, j, k, and l, state legal conclusions to which no response is required. To the extent t a response is required, Teladoc denies the allegations in Paragraph 283 and its subparagraphs. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. Teladoc expressly denies

that Plaintiffs' claims are amenable to class treatment. Teladoc denies that Plaintiffs are entitled to any relief whatsoever.

284. Paragraph 284 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 284. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. Teladoc expressly denies that Plaintiffs' claims are amenable to class treatment.

285. Paragraph 285 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 285. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. Teladoc expressly denies that Plaintiffs' claims are amenable to class treatment.

286. Paragraph 286 contains states conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 286. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. Teladoc expressly denies that Plaintiffs' claims are amenable to class treatment.

287. Paragraph 287 states legal conclusions to which no response is required. To the extent a response is required, Teladoc denies the allegations in Paragraph 287. Teladoc affirmatively states it has never affirmatively shared Private Information of Plaintiffs or anyone else, and to the extent this paragraph purports to allege otherwise, Teladoc denies those allegations. Teladoc expressly denies that Plaintiffs' claims are amenable to class treatment.

288. Teladoc denies the allegations in Paragraph 288. Teladoc denies that Plaintiffs are entitled to any relief whatsoever and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

289. Teladoc denies the allegations in Paragraph 289 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

290. Teladoc denies the allegations in Paragraph 290. Teladoc denies that Plaintiffs are entitled to any relief whatsoever and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

291. Teladoc denies the allegations in Paragraph 291, including subparagraphs a, b, c, d, e, and f. Teladoc denies that Plaintiffs are entitled to any relief whatsoever and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

## ALLEGATIONS UNDER "CAUSES OF ACTION"

## COUNT I

**VIOLATIONS OF THE ELECTRONIC COMMUNICATIONS PRIVACY ACT**
**18 U.S.C. § 2511(1), *et seq*.**
**Unauthorized Interception, Use and Disclosure**
**(*On Behalf of Plaintiffs & the Nationwide Class*)**

292. Teladoc incorporates all preceding and proceeding answers to the Amended Complaint as if fully restated here.

293. Paragraph 293 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 293 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

294. Paragraph 294 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 294 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

295. Paragraph 295 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 295 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

296. Teladoc denies the allegations in Paragraph 296 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

297. Teladoc denies the allegations in Paragraph 297 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

298. Paragraph 298 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 298 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

299. Paragraph 299 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 299 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

300. Teladoc denies the allegations in Paragraph 300 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

301. Teladoc denies the allegations in Paragraph 301 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

302. Teladoc denies the allegations in Paragraph 302 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

303. Teladoc denies the allegations in Paragraph 303 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

304. Teladoc denies the allegations in Paragraph 304 as well as subparagraphs a, b, c, d, e, and f, and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

305. Teladoc denies the allegations in Paragraph 305 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

306. Teladoc denies the allegations in Paragraph 306 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

307. Teladoc denies the allegations in Paragraph 307 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

308. Teladoc denies the allegations in Paragraph 308 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

309. Teladoc denies the allegations in Paragraph 309 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

310. Teladoc denies the allegations in Paragraph 310 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

311. Teladoc denies the allegations in Paragraph 311 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

312. Teladoc denies the allegations in Paragraph 312 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

313. Teladoc denies the allegations in Paragraph 313 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

314. Paragraph 314 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 314 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

315. Teladoc denies the allegations in Paragraph 315 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

316. Teladoc denies the allegations in Paragraph 316 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

317. Teladoc denies the allegations in Paragraph 317 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

318. Teladoc denies the allegations in Paragraph 318 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

319. Teladoc denies the allegations in Paragraph 319 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

320. Teladoc denies the allegations in Paragraph 320 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

321. Paragraph 321 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 321 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

322. Paragraph 322 as well as subparagraphs a and b state legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 322 and its subparagraphs, and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

323. Teladoc denies the allegations in Paragraph 323 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

324. Teladoc denies the allegations in Paragraph 324 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

325. Teladoc denies the allegations in Paragraph 325 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

326. Teladoc denies the allegations in Paragraph 326 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

327. Teladoc denies the allegations in Paragraph 327 as well as subparagraphs a. and b. and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

328. Teladoc denies the allegations in Paragraph 328 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

329. Teladoc denies the allegations in Paragraph 329 and expressly denies Plaintiffs' claims are or could be amenable to class treatment. Teladoc denies that Plaintiffs are entitled to any relief whatsoever.

330. Teladoc denies the allegations in Paragraph 330 and expressly denies Plaintiffs' claims are or could be amenable to class treatment. Teladoc denies that Plaintiffs are entitled to any relief whatsoever.

**COUNT II (DISMISSED BY THE COURT)**

**NEGLIGENCE**
**(*On Behalf of Plaintiffs & the Nationwide Class*)**

331. Teladoc incorporates all preceding and proceeding answers to the Amended Complaint as if fully restated here.

332. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 332 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

333. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 333 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

334. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 334 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

335. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 335 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

336. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 336 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

337. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 337 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

338. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 338 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

339. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 339 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

340. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 340 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

## <u>COUNT III (DISMISSED BY THE COURT)</u>

**BREACH OF IMPLIED CONTRACT**
**(*<u>On Behalf of Plaintiffs & the Nationwide Class</u>*)**

341. Teladoc incorporates all preceding and proceeding answers to the Amended Complaint as if fully restated here.

342. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 342 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

343. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 343 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

344. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 344 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

345. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 345 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

346. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 346 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

347. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 347 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

348. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 348 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

349. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 349 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

350. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 350 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

## COUNT IV

### BREACH OF CONFIDENCE
**(*On Behalf of Plaintiffs & the Nationwide Class*)**

351. Teladoc incorporates all preceding and proceeding answers to the Amended Complaint as if fully restated here.

352. Teladoc denies the allegations in Paragraph 352 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

353. Teladoc denies the allegations in Paragraph 353 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

354. Teladoc denies the allegations in Paragraph 354 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

355. Teladoc denies the allegations in Paragraph 355 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

356. Teladoc denies the allegations in Paragraph 356 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

357. Teladoc denies the allegations in Paragraph 357 and expressly denies Plaintiffs' claims are or could be amenable to class treatment. Teladoc denies that Plaintiffs are entitled to any relief whatsoever.

**COUNT V (DISMISSED BY THE COURT)**

**CONSTRUCTIVE BAILMENT**
**(*On Behalf of Plaintiffs & the Nationwide Class*)**

358. Teladoc incorporates all preceding and proceeding answers to the Amended Complaint as if fully restated here.

359. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 359 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

360. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 360 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

361. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 361 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

362. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 362 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

363. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 363 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

364. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 364 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

365. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 365 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

366. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 366 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

## COUNT VI (DISMISSED BY THE COURT)

## UNJUST ENRICHMENT
**(*On Behalf of Plaintiffs & the Nationwide Class*)**

367. Teladoc incorporates all preceding and proceeding answers to the Amended Complaint as if fully restated here.

368. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 368 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

369. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 369 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

370. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 370 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

371. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 371 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

372. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 372 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

373. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 373 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

374. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 374 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

375. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 375 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

376. The Court dismissed this Count, *see* Doc. 38, and Plaintiffs declined to amend, *see* Doc. 39. To avoid doubt, however, Teladoc denies the allegations in Paragraph 376 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

## COUNT VII

**VIOLATION OF THE NEW YORK DECEPTIVE TRADE PRACTICES ACT**
**New York Gen. Bus. Law § 349, *et seq.***
**(*On Behalf of Plaintiff Durso & the New York Subclass*)**

377. Teladoc incorporates all preceding and proceeding answers to the Amended Complaint as if fully restated here.

378. Paragraph 378 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 378 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

379. Teladoc denies the allegations in Paragraph 379 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

380. Teladoc denies the allegations in Paragraph 380 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

381. Teladoc denies the allegations in Paragraph 381 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

382. Teladoc denies the allegations in Paragraph 382 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

383. Teladoc denies the allegations in Paragraph 383 as well as subparagraphs a, b, c, d, and e, and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

384. Teladoc denies the allegations in Paragraph 384 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

385. Teladoc denies the allegations in Paragraph 385 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

386. Teladoc denies the allegations in Paragraph 386 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

387. Teladoc denies the allegations in Paragraph 387 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

388. Teladoc denies the allegations in Paragraph 388 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

389. Teladoc denies the allegations in Paragraph 389 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

390. Teladoc denies the allegations in Paragraph 390 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

391. Teladoc denies the allegations in Paragraph 391 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

392. Teladoc denies the allegations in Paragraph 392 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

393. Teladoc denies the allegations in Paragraph 393 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

394. Teladoc denies the allegations in Paragraph 394 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

395. Teladoc denies the allegations in Paragraph 395 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

396. Teladoc denies the allegations in Paragraph 396 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

397. Teladoc denies the allegations in Paragraph 397 and expressly denies Plaintiffs' claims are or could be amenable to class treatment. Teladoc denies that Plaintiffs are entitled to any relief whatsoever.

398. Teladoc denies the allegations in Paragraph 398 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

399. Teladoc denies the allegations in Paragraph 399 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

400. Teladoc denies the allegations in Paragraph 400 and expressly denies Plaintiffs' claims are or could be amenable to class treatment. Teladoc denies that Plaintiffs are entitled to any relief whatsoever.

**COUNT VIII**

**VIOLATION OF THE FLORIDA SECURITY OF COMMUNICATIONS ACT**
**Fla. Stat. §§ 934.01, *et seq*.**
**(*On Behalf of Plaintiff Pattison & the Florida Subclass*)**

401. Teladoc incorporates all preceding and proceeding answers to the Amended Complaint as if fully restated here.

402. Paragraph 402 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 402 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

403. Paragraph 403 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 403 and expressly denies Plaintiffs' claims are or could be amenable to class treatment. Teladoc denies that Plaintiffs are entitled to any relief whatsoever.

404. Paragraph 404 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 404 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

405. Paragraph 405 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 405 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

406. Paragraph 406 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 406 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

407. Paragraph 407 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 407 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

408. Paragraph 408 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 408 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

409. Paragraph 409 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 409 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

410. Paragraph 410 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 410 and expressly denies Plaintiffs' claims are or could be amenable to class treatment. Teladoc denies that Plaintiffs are entitled to any relief whatsoever.

411. Teladoc denies the allegations in Paragraph 411 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

412. Teladoc denies the allegations in Paragraph 412 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

413. Teladoc denies the allegations in Paragraph 413 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

414. Teladoc denies the allegations in Paragraph 414 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

415. Teladoc denies the allegations in Paragraph 415 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

416. Teladoc denies the allegations in Paragraph 416 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

417. Teladoc denies the allegations in Paragraph 417 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

418. Teladoc denies the allegations in Paragraph 418 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

419. Teladoc denies the allegations in Paragraph 419 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

420. Teladoc denies the allegations in Paragraph 420 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

421. Teladoc denies the allegations in Paragraph 421 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

422. Teladoc denies the allegations in Paragraph 422 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

423. Teladoc denies the allegations in Paragraph 423 and expressly denies Plaintiffs' claims are or could be amenable to class treatment. Teladoc denies that Plaintiffs are entitled to any relief whatsoever.

424. Teladoc denies the allegations in Paragraph 424 and expressly denies Plaintiffs' claims are or could be amenable to class treatment. Teladoc denies that Plaintiffs are entitled to any relief whatsoever.

425. Teladoc denies the allegations in Paragraph 425 and expressly denies Plaintiffs' claims are or could be amenable to class treatment. Teladoc denies that Plaintiffs are entitled to any relief whatsoever.

426. Teladoc denies the allegations in Paragraph 426 and expressly denies Plaintiffs' claims are or could be amenable to class treatment. Teladoc denies that Plaintiffs are entitled to any relief whatsoever.

## COUNT IX

**VIOLATION OF THE CALIFORNIA INVASION OF PRIVACY ACT**
**Cal. Penal Code § 630, *et seq*.**
**(*On Behalf of Plaintiffs Charter, Tuomala, Hale, Ahmed & the California Class Members*)**

427. Teladoc incorporates all preceding and proceeding answers to the Amended Complaint as if fully restated here.

428. Paragraph 428 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 428 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

429. Paragraph 429 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 429 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

430. Paragraph 430 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 430 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

431. Teladoc denies the allegations in Paragraph 431 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

432. Teladoc denies the allegations in Paragraph 432 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

433. Teladoc denies the allegations in Paragraph 433 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

434. Teladoc denies the allegations in Paragraph 434 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

435. Teladoc denies the allegations in Paragraph 435 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

436. Teladoc denies the allegations in Paragraph 436 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

437. Teladoc denies the allegations in Paragraph 437 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

438. Teladoc denies the allegations in Paragraph 438 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

439. Teladoc denies the allegations in Paragraph 439 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

440. Teladoc denies the allegations in Paragraph 440 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

441. Teladoc denies the allegations in Paragraph 441 and expressly denies Plaintiffs' claims are or could be amenable to class treatment. Teladoc denies that Plaintiffs are entitled to any relief whatsoever.

442. Teladoc denies the allegations in Paragraph 442 and expressly denies Plaintiffs' claims are or could be amenable to class treatment. Teladoc denies that Plaintiffs are entitled to any relief whatsoever.

## COUNT X

## VIOLATION OF THE CALIFORNIA CONFIDENTIALITY OF MEDICAL INFORMATION ACT
**Cal. Civ. Code § 56, *et seq*.**
**(*On Behalf of the California Plaintiffs & the California Class Members*)**

443. Teladoc incorporates all preceding and proceeding answers to the Amended Complaint as if fully restated here.

444. Paragraph 444 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 444 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

445. Paragraph 445 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 445 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

446. Paragraph 446 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 446 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

447. Paragraph 447 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 447 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

448. Teladoc denies the allegations in Paragraph 448 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

449. Teladoc denies the allegations in Paragraph 449 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

450. Teladoc denies the allegations in Paragraph 450 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

451. Teladoc denies the allegations in Paragraph 451 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

452. Teladoc denies the allegations in Paragraph 452 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

453. Teladoc denies the allegations in Paragraph 453 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

454. Teladoc denies the allegations in Paragraph 454 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

455. Teladoc denies the allegations in Paragraph 455 and expressly denies Plaintiffs' claims are or could be amenable to class treatment. Teladoc denies that Plaintiffs are entitled to any relief whatsoever.

## COUNT XI

**VIOLATION OF THE UNFAIR COMPETITION LAW**
**Cal. Bus. & Prof. Code § 17200, *et seq.***
**(*On Behalf of the California Plaintiffs & the California Class Members*)**

456. Teladoc incorporates all preceding and proceeding answers to the Amended Complaint as if fully restated here.

457. Paragraph 457 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 457 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

458. Teladoc denies the allegations in Paragraph 458 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

459. Teladoc denies the allegations in Paragraph 459 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

460. Teladoc denies the allegations in Paragraph 460 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

461. Teladoc denies the allegations in Paragraph 461 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

462. Teladoc denies the allegations in Paragraph 462 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

463. Teladoc denies the allegations in Paragraph 463 and expressly denies Plaintiffs' claims are or could be amenable to class treatment. Teladoc denies that Plaintiffs are entitled to any relief whatsoever.

464. Teladoc denies the allegations in Paragraph 464 and expressly denies Plaintiffs' claims are or could be amenable to class treatment. Teladoc denies that Plaintiffs are entitled to any relief whatsoever.

465. Teladoc denies the allegations in Paragraph 465 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

466. Teladoc denies the allegations in Paragraph 466 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

467. Teladoc denies the allegations in Paragraph 467 and expressly denies Plaintiffs' claims are or could be amenable to class treatment. Teladoc denies that Plaintiffs are entitled to any relief whatsoever.

## COUNT XII

**VIOLATION OF CALIFORNIA CONSUMERS LEGAL REMEDIES ACT**
**Cal. Civ. Code § 1750, *et seq.***
**(*On Behalf of the California Plaintiffs & the California Class Members*)**

468. Teladoc incorporates all preceding and proceeding answers to the Amended Complaint as if fully restated here.

469. Teladoc denies the allegations in Paragraph 469 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

470. Teladoc denies the allegations in Paragraph 470 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

471. Teladoc denies the allegations in Paragraph 471 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

472. Teladoc denies the allegations in Paragraph 472 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

473. Teladoc denies the allegations in Paragraph 473 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

474. Teladoc denies the allegations in Paragraph 474 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

475. Teladoc denies the allegations in Paragraph 475 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

476. Teladoc denies the allegations in Paragraph 476 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

477. Teladoc denies the allegations in Paragraph 477 and expressly denies Plaintiffs' claims are or could be amenable to class treatment. Teladoc denies that Plaintiffs are entitled to any relief whatsoever.

478. Paragraph 478 states legal conclusions and argument to which no response is required. To the extent that a response is required, Teladoc denies the allegations in Paragraph 478 and expressly denies Plaintiffs' claims are or could be amenable to class treatment.

## PRAYER FOR RELIEF

In answering Plaintiffs' "Prayer For Relief," Teladoc denies that Plaintiffs or putative class members are entitled to any relief whatsoever, including but not limited to the relief requested in the Amended Complaint and "Prayer for Relief." Teladoc does not respond to Plaintiffs' requests for injunctive and declaratory relief premised on counts already dismissed by this Court, and Teladoc expressly denies Plaintiffs' claims have any merit, or are or could be amenable to class treatment.

## DEMAND FOR JURY TRIAL

Teladoc requests a jury for all issues triable.

## AFFIRMATIVE DEFENSES

In further response to the Amended Complaint, subject to discovery, based on information and belief, and without assuming the burden of proof of any issue for which Plaintiffs bear the burden of proof, Teladoc asserts the following affirmative defenses.

### First Affirmative Defense

***Failure to State a Claim***

The Amended Complaint and each purported cause of action therein fails to state a claim against Teladoc upon which relief can be granted.

**Second Affirmative Defense**

***Implied Consent or Consent Not Required***

The Amended Complaint, and each purported cause of action contained within, are barred to the extent that Plaintiffs and some or all of the purported class members were not required to provide or impliedly did provide Teladoc with consent to engage in the marketing practices Plaintiffs allege to be wrongful; and/or the information relating to web browsing of Plaintiffs and members of the proposed class that Teladoc allegedly shared with third parties did not identify anyone individually and therefore Teladoc did not require consent to share such information.

**Third Affirmative Defense**

***Information Not Protected***

The Amended Complaint, and each purported cause of action contained within, are barred to the extent that the information at issue as among Plaintiffs and some or all of the purported class is not protected under the relevant legal standards at issue here.

**Fourth Affirmative Defense**

***No Injury or Harm***

The Amended Complaint, and each purported cause of action contained within, are barred to the extent that the alleged disclosure of information at issue as among Plaintiffs and some or all of the purported class did not cause harm or injury warranting relief to include any and all forms of damages as well as any and all forms of equitable remedies.

**Fifth Affirmative Defense**

***Privacy Settings***

Plaintiffs' claims and those of some or all of the purported class members are barred to the extent that Plaintiffs and some or all of the purported class members caused information to be

shared with third party media sites due to their own privacy settings on their computers, browser settings, and other privacy choices, including settings on various websites.

**Sixth Affirmative Defense**

***Provision of Information to Third Parties***

The claims of Plaintiffs and some or all of the purported class members are barred because they themselves shared that information with the same third parties by other means.

**Seventh Affirmative Defense**

***Express Consent***

Plaintiffs' claims and some or all of the purported class members are barred to the extent Plaintiff and some or all of the purported class members consented to the information at issue being shared.

**Eighth Affirmative Defense**

***Knowledge and Implied Release***

Plaintiffs' claims and some or all of the purported class members are barred to the extent Plaintiffs and some or all of the purported class members knew or should have known the information at issue being shared.

**Ninth Affirmative Defense**

***Third Party Responsible and Joinder***

Plaintiffs' claims and some or all of the purported class members are barred to the extent that a third party or parties not joined to this lawsuit caused the alleged harm and injuries that Plaintiffs and some or all of the purported class members purport to have suffered.

**Tenth Affirmative Defense**

***Waiver***

Plaintiffs' claims and some or all of the purported class members are barred to the extent they have taken actions or failed to take actions that cause them to have waived their claims.

**Eleventh Affirmative Defense**

***Laches and Estoppel***

Plaintiffs' claims and some or all of the purported class members are barred to the extent they have taken actions or failed to take actions that estop them from asserting claims against Teladoc, and/or are barred by the doctrine of laches.

**Twelfth Affirmative Defense**

***Failure to Mitigate***

To the extent that Plaintiffs and the purported class members have suffered any damage due to the matters alleged in the Amended Complaint and have failed to mitigate those damages, their claims are barred, in whole or in part.

**Thirteenth Affirmative Defense**

***Release***

The claims of Plaintiffs and members of the proposed class are barred in whole or in part to the extent they have released their claims.

**Fourteenth Affirmative Defense**

***Lack of Standing***

Plaintiffs and members of the proposed class have suffered no injury, and as such do not have standing to assert claims against Teladoc.

**<u>Fifteenth Affirmative Defense</u>**

***Claims Barred by Other States' Laws***

Plaintiffs' claims and some or all of the purported class members, may be barred by the various laws of the 50 states, including statutes, regulations, and common laws related to the allegations of wrongdoing addressed by other states' laws.

**<u>Sixteenth Affirmative Defense</u>**

***Substantial Compliance with Laws***

Teladoc is not liable to Plaintiffs or members of any purported class because Teladoc acted reasonably and with due care and substantially complied with all applicable statutes, regulations, ordinances, and/or other laws.

**<u>Seventeenth Affirmative Defense</u>**

***Failure to Plead Basis for Class Certification***

Plaintiffs have not pleaded an adequate basis for class certification or that class relief or certification is appropriate because the required elements of adequacy, commonality, typicality, and preponderance are not (and cannot be) present in the instant case, and the granting of class certification would result in violation of the due process rights of Teladoc and/or members of Plaintiffs' proposed classes.

**<u>Eighteenth Affirmative Defense</u>**

***Class Certification Elements Cannot be Met***

The prerequisites for class certification pursuant to Rule 23 of the Federal Rules of Civil Procedure cannot be met because, among other reasons, joinder of all members of the putative class is impracticable; individual questions of fact and law predominate over common issues; Plaintiffs' claims are not typical of the claims and/or defenses of other putative class members;

Plaintiffs are not adequate representatives for the putative class; and a class action is not superior to other available methods of fair and efficient adjudication of the controversy. In addition, the factual prerequisites for class certification cannot be met because the claims alleged, by their nature, raise individualized factual issues that cannot be addressed on a class basis.

**Nineteenth Affirmative Defense**

***Defenses Specific to Proposed Class Members***

Teladoc may have additional unique affirmative defenses applicable to different putative members of Plaintiffs' proposed class. Teladoc reserves the right to assert such additional affirmative defenses against absent proposed class members including to demonstrate that Plaintiffs' claims are not amenable to class treatment.

**Twentieth Affirmative Defense**

***Unconstitutional Vagueness or Over-Breadth***

Interpretations of the laws upon which the Amended Complaint is based are unconstitutionally vague and overbroad and thus violate the due process clause of the Fifth Amendment to the United States Constitution, and the due process provisions of the Fourteenth Amendment to the United States Constitution.

**Twenty-First Affirmative Defense**

***First Amendment***

Interpretations of one or more of the laws upon which the Amended Complaint is based unconstitutionally constrain speech and violate the First Amendment to the United States Constitution.

**Twenty-Second Affirmative Defense**

***Excessive Penalties***

The statutory penalties sought by Plaintiffs and members of the putative class are excessive and thus violate the due process clause of the Fifth Amendment to the United States Constitution, and the due process provision of the Fourteenth Amendment to the United States Constitution.

**Twenty-Third Affirmative Defense**

***Statute of Limitations***

The claims of Plaintiffs and members of the putative class are barred, in whole or in part, by the relevant statutes of limitations.

**Twenty-Fourth Affirmative Defense**

***No Injury***

To the extent Plaintiffs and/or members of the putative class shared the information at issue as a result of their own privacy settings and/or data sharing practices, Plaintiffs and/or members of the putative class suffered no injury and have no claim against Teladoc.

**Twenty-Fifth Affirmative Defense**

***Failure to Join Indispensable Parties***

Plaintiffs' claims and those of the putative class members are barred, in whole or in part, because they have failed to join necessary and/or indispensable parties to this action.

**Twenty-Sixth Affirmative Defense**

***Intervening Cause***

Plaintiffs' claims and those of the putative class members are barred, in whole or in part, to the extent their "injuries" were the result of a supervening and/or intervening causes attributable to parties other than Teladoc.

**Twenty-Seventh Affirmative Defense**

***Speculative Damages***

Plaintiff and the putative class members have suffered no injury or legally cognizable damages and/or their purported damages, if any, are speculative and/or uncertain and therefore not compensable.

**Twenty-Eighth Affirmative Defense**

***Implied Consent by Conduct***

Plaintiffs' and putative class members' use and agreement to the terms of use of websites, social media platforms, and other services is conduct that created an implied license for the information sharing alleged in the Amended Complaint.

**Twenty-Ninth Affirmative Defense**

***Set Off***

Plaintiffs' claims and those of the putative class members must be reduced, in whole or part, by an appropriate set off to the extent that Plaintiff or the putative class members owe or have due any amounts to Teladoc.

**Thirtieth Affirmative Defense**

***Third Party Conduct***

To the extent Plaintiffs and/or members of the putative class were injured and damaged as alleged, the injuries and damages are due to the conduct and omissions of third parties that are not Teladoc.

**Thirty-First Affirmative Defense**

***Assumption of Risk***

Plaintiffs and members of the proposed class assumed the risk of any information about their web browsing being shared with third parties by voluntarily browsing the internet and using certain internet-based services with settings over which they had control.

**Thirty-Second Affirmative Defense**

***No Extraterritorial Application of California, New York, or Florida law***

The non-California resident Plaintiffs' claims made under California law on behalf of non-California resident proposed class members are barred, in whole or in part, to the extent they are non-extraterritorial. The non-Florida resident Plaintiffs' claims made under Florida law on behalf of non-Florida resident proposed class members are barred, in whole or in part, to the extent they are non-extraterritorial. And the non-New York resident Plaintiffs' claims made under New York law on behalf of non-New York resident proposed class members are barred, in whole or in part, to the extent they are non-extraterritorial.

**Thirty-Third Affirmative Defense**

***Dormant Commerce Clause***

The claims of Plaintiffs and members of the proposed class are barred, in whole or in part, by the Dormant Commerce Clause of the United States Constitution.

**Thirty-Fourth Affirmative Defense**

***Due Process***

The claims of Plaintiffs and members of the proposed class are barred, in whole or in part, by the Due Process Clause of the United States Constitution.

**Thirty-Fifth Affirmative Defense**

***Preemption***

The state-based claims of Plaintiffs and members of the proposed class are barred, in whole or in part, by the Supremacy Clause of the United States Constitution.

**Thirty-Sixth Affirmative Defense**

***Reservation of Rights***

Teladoc reserves the right to raise additional affirmative defenses to which it may be entitled, or which may be developed in the course of discovery.

**PRAYER FOR RELIEF**

**WHEREFORE**, Teladoc prays as follows:

- That the Amended Complaint be dismissed with prejudice;
- That Plaintiffs take nothing by way of the Amended Complaint;
- That Plaintiffs' prayer for relief is denied;
- That judgment be entered in favor of Teladoc and against Plaintiffs;
- For costs of suit incurred here, including attorney's fees and expenses; and
- For such other and further relief as the Court deems just and proper.

Dated August 20, 2025

Respectfully Submitted,

KING & SPALDING LLP

By: /s/ *Livia M. Kiser*

Livia M. Kiser *(admitted pro hac vice)*
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
Tel: (312) 764-6911
Fax: (312) 995-6330
lkiser@kslaw.com

Damien Marshall
1185 Avenue of the Americas, 34th Floor
New York, NY 10036
Tel.: (212) 556-2295
Fax: (212) 556-2222
dmarshall@kslaw.com

Jesse Snyder *(admitted pro hac vice)*
1700 Pennsylvania Avenue NW, Suite 200
Washington, DC 20006
Tel: (202) 383-8925
Fax: (202) 626-3737
jsnyder@kslaw.com

*Attorneys for Defendant Teladoc Health Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of August 2025, I caused the foregoing to be served on all counsel of record via the CM/ECF system.

By: /s/ *Livia M. Kiser*
Livia M. Kiser