King & Spalding LLP
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 20006
T: +1 202 737 0500
F: +1 202 626 3737
kslaw.com

**Adam C. Solander**
*Partner*
T: +1 202-626-5542
asolander@kslaw.com

September 15, 2026

**VIA FILING**

**Hon. Nelson Roman**
United States District Court
Southern District of New York
500 Pearl St
New York, New York 10007

*Re: Pattison et al v. Teladoc Health, Inc. (7:23-cv-11305)*

To Whom It May Concern:

I write on behalf of King & Spalding LLP ("King & Spalding") to inform all recipients of this letter that Mr. Christopher Arce, who previously served as a judicial extern in the United States District Court for the Southern District of New York from August 2024 until August 2025, will begin as an associate at King & Spalding on September 21, 2026.

King & Spalding currently represents Teladoc Health in the above-referenced matter, which is now before the United States District Court for the Southern District of New York. Under Rule 1.12 of the New York Rules of Professional Conduct, Mr. Arce is personally disqualified from representing any party in a matter in which he participated personally and substantially during his clerkship at the United States District Court for the Southern District of New York. King & Spalding will continue to represent its client, Teladoc Health, in the matter. To prevent imputed disqualification of other King & Spalding attorneys, King & Spalding will take the following actions:

1. King & Spalding will implement a formal ethical wall that prohibits Mr. Arce from any form of participation in the above-referenced matter, and he will not be apportioned fees therefrom.

2. The procedures being taken to screen Mr. Arce from the matter are: (i) a prohibition against his speaking about the matter with or in the presence of any King & Spalding personnel; (ii) a prohibition against any of the King & Spalding personnel working on the matter from speaking about it in the presence of Mr. Arce; (iii) a prohibition against Mr. Arce bringing to King & Spalding any documents, files, or materials in any form or medium about the matter; and (iv) a prohibition against Mr. Arce accessing, reading, or reviewing any documents, files, or materials in any form or medium about the matter. King & Spalding will distribute to all personnel who are working on or in the future are added to the matter a written notification setting forth these prohibitions and their obligation to abide by them strictly.

This letter is submitted to provide written notice to the tribunal and all parties to the matter that King & Spalding and Mr. Arce are in compliance with Rule 1.12 of the Rules of Professional Conduct of New York.

Sincerely,

King & Spalding LLP



**Adam C. Solander**

Partner

*ACS*