**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ADELINE PATTISON, DOMINIQUE DURSO, JEAN CHARTER, LIANE TUOMALA, MICHELLE GRENON, TERESA HALE, ZESHAAN AHMED, MYSCHELLE TAYLOR, and MUHAMMAD UDDIN, *individually on behalf of themselves and all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>TELADOC HEALTH, INC.,<br><br>Defendants. | Case No. 7:23-cv-11305-NSR-JCM |

**SUGGESTION OF PLAINTIFF ADELINE PATTINSON'S DEATH**

Pursuant to Federal Rule of Civil Procedure 25(a)(1), counsel for Plaintiffs in the above-referenced action gives notice and suggests upon the record Counsel's recently discovered death of Adeline Pattinson, a Plaintiff in this action. Adeline Pattison passed away on September 1, 2026.

Date: October 28, 2026

Respectfully submitted,

*/s/ Britany A. Wessan*

Britany A. Wessan (*pro hac vice*)
David S. Almeida
**ALMEIDA LAW GROUP**
849 W. Webster Avenue
Chicago, IL 60614
(708) 529-5418
britany@almeidalawgroup.com
david@almeidalawgroup.com

Nickolas J. Hagman (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle Street, Suite 3210
Chicago, IL 60603

(312) 276-3404
nhagman@caffertyclobes.com

*Co-Lead Class Counsel for the Plaintiffs and the Putative Class*