Cafferty Clobes Meriwether & Sprengel LLP

Nickolas J. Hagman
nhagman@caffertyclobes.com

November 10, 2026

**VIA ELECTRONIC FILING (ECF)**
Hon. Judith C. McCarthy
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: *Pattison, et al. v. Teladoc Health, Inc.*, No. 7:23-cv-11305-NSR-JCM
Joint Status Report

Dear Judge McCarthy,

Pursuant to the Court's Order at the September 10, 2026 conference hearing, Plaintiffs and Defendant, Teladoc Health, Inc. ("Defendant") respectfully submit this joint status report. *See* September 10, 2026 Minute Entry.

Plaintiffs filed a Suggestion of Death for Plaintiff, Adeline Pattison, on October 28, 2026 and her estate has 90 days from the service of the Suggestion of Death to file a motion for substitution of a party. Dkt. Nos. 69 & 70. The parties are continuing their settlement negotiations and will be convening again to further discuss on November 20. 2026.

*/s/ Nickolas J. Hagman*
Nickolas J. Hagman (*pro hac vice*)
**Cafferty Clobes Meriwether & Sprengel LLP**

*Signatures on following page*

Respectfully submitted,

**ALMEIDA LAW GROUP LLC**
By: *<u>/s/ Britany A. Wessan</u>*
Britany A. Wessan (admitted *pro hac vice*)
David S. Almeida
849 W. Webster Avenue
Chicago, Illinois 60614
(708) 529-5418
britany@almeidalawgroup.com
david@almeidalawgroup.com

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
Nickolas J. Hagman (admitted *pro hac vice*)
Alex Lee
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
(312) 782-4880
nhagman@caffertyclobes.com
alee@caffertyclobes.com

*Counsel for Plaintiffs and the Proposed Classes*

**KING & SPALDING LLP**
By: *<u>/s/ Craig H. Bessenger</u>*
Craig H. Bessenger (admitted *pro hac vice*)
633 West Fifth Street, Suite 1600
Los Angeles, CA 90071
(213) 443 4355
cbessenger@kslaw.com

Livia M. Kiser (*admitted pro hac vice*)
110 North Wacker Drive, Suite 3800
Chicago, IL 60606
(312) 764-6911
lkiser@kslaw.com

Damien Marshall
Aishling Fitzpatrick
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
(212) 556-2295
dmarshall@kslaw.com
afitzpatrick@kslaw.com

Jesse Snyder (admitted *pro hac vice*)
1700 Pennsylvania Avenue NW, Suite 200
Washington, DC 20006
(202) 383-8925
jsnyder@kslaw.com

*Attorneys for Defendant Teladoc Health, Inc.*